IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )        4:00CR3070
                             )
         v.                  )
                             )
CORDELL RAY SIMMS,           )        ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on the motion for payment of attorney Rex J. Moats (Filing No. 80).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion for payment is granted; the Federal Public Defender is authorized to process the voucher for payment.

DATED this 9th day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court